UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
Hartford Division

| | | |
|---|---|---|
| IN RE:<br>JACEN MANAGEMENT, LLC<br>    DEBTOR | : <br> : | CHAPTER 11<br>CASE NO. 13-20031 ASD |
| FANNIE MAE<br>    MOVANT | : | DOC. I.D. NO. |
| VS.<br>JACEN MANAGEMENT, LLC, DEBTOR | : | JULY 29, 2013 |

## NOTICE OF TRANSFER OF CLAIM

Notice is hereby given that Movant's claim (Claim # 10) has been assigned to Sunset Diversified Property Investments, LLC ("Sunset") by virtue of a Purchase Agreement between Sunset and the Movant with regards to property known as 121-123, 125-127 & 129 Zion Street, Hartford, Connecticut. By reason of the aforesaid transfer, all notices and payments relating to Claim #10 should be forwarded to: Sunset Diversified Property Investments, LLC, 751 Daily Drive, Suite 116, Camarillo, CA 93010.

MOVANT

By_____
Linda J. St. Pierre, Esq.
Hunt Leibert Jacobson, P.C.
Fed ID No. CT 22287

THIS FIRM IS A DEBT COLLECTOR. WE MAY BE ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED MAY BE USED FOR THAT PURPOSE. AT THIS TIME, WE ARE ONLY SEEKING TO PROCEED AGAINST THE PROPERTY. IN THE EVENT OF A BANKRUPTCY DISCHARGE, NO DEFICIENCY JUDGMENT WILL BE ASSESSED AGAINST THE BORROWER.

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was mailed, first-class postage prepaid, and/or served via ECF e-mail this 29th day of July, 2013 to the following:

Jacen Management, LLC
1028 Boulevard, Suite 189
West Hartford, CT 06119
(Debtor)

Gregory F. Arcaro, Esq.
Grafstein & Arcaro LLC
10 Melrose Drive
Farmington, CT 06032
(Debtor's Attorney)

Abigail Hausberg, Esq.
U. S. Trustee
Office of the U.S. Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

Linda J. St. Pierre, Esq.
Hunt Leibert Jacobson, PC
50 Weston Street
Hartford, CT 06120
(860) 808-0606 x 5156
Fed ID No. CT 22287